IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MR. STEVE CLIFF,           )<br>                            )<br>     Plaintiff,            )<br>                            )<br>     v.                     )<br>                            )<br>PRISON CAPTAIN OTIS SMITH,  )<br>                            )<br>     Defendant.             ) | CIVIL ACTION NO.<br>  2:20cv574-MHT<br>       (WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that the defendant correctional officer abuses his authority and that the prison where plaintiff is housed is unsafe. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for leave to proceed *in forma pauperis* be denied and his case be dismissed for failure to pay the full filing and administrative fees upon initiation of the case. There are no objections to the recommendation. After an independent and de

novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of March, 2021.

                                             /s/ Myron H. Thompson
                                         UNITED STATES DISTRICT JUDGE