IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MR. STEVE CLIFF, )<br>     )<br>    Plaintiff, )<br>     )<br>    v. )<br>     )<br>PRISON CAPTAIN OTIS SMITH, )<br>     )<br>    Defendant. ) | CIVIL ACTION NO.<br>2:20cv574-MHT<br>(WO) |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 3) is adopted.

(2) Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) is denied.

(3) This lawsuit is dismissed without prejudice for failure to pay the full filing and administrative fees upon initiation of the case.

No costs are taxed.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 31st day of March, 2021.**

                                      /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**